1  Edward W. Swanson SBN 159859
   Alexis Haller SBN 201210
2  SWANSON & MCNAMARA LLP
   300 Montgomery Street, Suite 1100
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-05-00181 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING RE: DEFENDANT'S MOTION TO SUPPRESS** |
| vs. | |
| JAMES FRANCIS DONNELLY, | |
| Defendant. | |

**STIPULATION**

On May 10, 2005, the Court set a briefing and hearing schedule for defendant James Donnelly's motion to suppress. Under the original schedule, the matter was to be heard on Monday, June 6, 2005. However, due to an inadvertent delay in the service on defense counsel of the government's opposition to the motion, it was not possible for defense counsel to file a reply brief in accordance with the original schedule.

Therefore, the parties HEREBY STIPULATE that the briefing schedule for the motion to suppress may be modified so that defendant's reply brief shall be filed no later than Friday, June 10, 2005. Furthermore, in order to accommodate the schedules of the Court and counsel, the parties

\ \ \

\ \ \

\ \ \

1  FURTHER STIPULATE that the hearing on the suppression motion shall be continued until Monday, June 27, 2005 at 3:30 p.m.

IT IS SO STIPULATED.

Dated:

           /s/
EDWARD W. SWANSON
Swanson & McNamara LLP

Dated:

           /s/
KIRSTIN AULT
Assistant United States Attorney

### ORDER

Upon the stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that the briefing schedule on defendant James Donnelly's motion to suppress in the above-captioned matter is modified so that defendant's reply brief is due on Friday, June 10, and the hearing schedule is modified so that the hearing shall be held on June 27, 2005 at 3:30 p.m.

IT IS SO ORDERED.

Dated:

IT IS SO ORDERED

Judge Susan Illston

2