Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES FRANCIS DONNELLY,<br><br>　　　　Defendant. | Case No. CR-05-00181 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

**STIPULATION**

On July 1, 2005, the Court issued an order denying defendant's motion to suppress and setting a status hearing in the above-captioned case for Friday, July 8, 2005. Counsel for the defendant had previously scheduled a mediation for that date and will be unavailable. Therefore, the parties HEREBY STIPULATE that the status hearing in this matter can be continued from July 8 to July 15, 2005 at 11:00 a.m. The parties FURTHER STIPULATE that the time between July 8 and July 15, 2005, may be

\ \ \

\ \ \

\ \ \

\ \ \

excluded for purposes of the Speedy Trial Act in the interests of justice and to avoid unreasonably denying the defendant continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

Dated: July 7, 2005

/s/
EDWARD W. SWANSON
Swanson & McNamara LLP

Dated: July 7, 2005

/s/
KIRSTIN AULT
Assistant United States Attorney

### ORDER

Upon the stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that the status hearing in the above-captioned case is continued from July 8, 2005 to July 15, 2005 at 11:00 a.m. It is further ordered that the time between July 8 and July 15, 2005, shall be excluded for purposes of the Speedy Trial Act in the interests of justice and to avoid unreasonably denying the defendant continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:

APPROVED
Judge Susan Illston

2