Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-00181 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| JAMES FRANCIS DONNELLY, | |
| Defendant. | |

**STIPULATION**

The above-captioned matter is scheduled to come before this Court on Friday, September 9, 2005 at 11:00 a.m. Counsel for Mr. Donnelly has learned that Mr. Donnelly underwent heart surgery last week and is recuperating and undergoing further medical examination. Therefore, the parties HEREBY STIPULATE that the hearing in this matter should be continued from September 9, 2005 to October 11, 2005 at 11:00 a.m. The parties FURTHER STIPULATE that the time between September 9 and October 11, 2005 should be excluded for purposes of the Speedy Trial Act as a period of delay resulting

\ \ \

\ \ \

\ \ \

from the unavailability of the defendant pursuant to 18 U.S.C. § 3161(h)(3)(A).

IT IS SO STIPULATED.

Dated:

                                                        /S/
EDWARD W. SWANSON
Swanson & McNamara LLP

Dated:

                                                        /S/
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

Upon the stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that the hearing in the above-captioned case is continued from September 9, 2005 to October 11, 2005 at 11:00 a.m. It is further ordered that the time between the time between September 9 and October 11, 2005 is excluded for purposes of the Speedy Trial Act as a period of delay resulting from the unavailability of the defendant pursuant to 18 U.S.C. § 3161(h)(3)(A).

IT IS SO ORDERED.

Dated: _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, signed Judge Susan Illston]

2