1  Edward W. Swanson SBN 159859
   Alexis Haller SBN 201210
2  SWANSON & MCNAMARA LLP
   300 Montgomery Street, Suite 1100
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for JAMES FRANCIS DONNELLY
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES FRANCIS DONNELLY, <br><br> Defendant. | Case No. CR-05-00181 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

### STIPULATION

The above-captioned matter was scheduled to come before this Court on Tuesday, October 11, 2005 at 11:00 a.m. The Court moved the matter to Friday, October 7, a date on which counsel for Mr. Donnelly is unavailable due to a previously set deposition. In order to accommodate defense counsel, and after consultation with Courtroom Deputy Tracy Sutton-Dement, the parties HEREBY STIPULATE that the hearing in this matter should be continued from October 7, 2005 to October 25, 2005 at 11:00 a.m. The parties FURTHER STIPULATE that the time between October 7 and October 25, 2005 should be excluded for purposes of the Speedy Trial Act in the interests of justice and in order to ensure the

\ \ \

\ \ \

1 defendant continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2     IT IS SO STIPULATED.

4 Dated: October 6, 2005

        /s/ Edward W. Swanson
        EDWARD W. SWANSON
        Swanson & McNamara LLP

8 Dated: October 6, 2005

        /s/ Kirstin Ault
        KIRSTIN AULT
        Assistant United States Attorney

**ORDER**

Upon the stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that the hearing in the above-captioned case is continued from October 7, 2005 to October 25, 2005 at 11:00 a.m. It is further ordered that the time between October 7 and October 25, 2005 is excluded for purposes of the Speedy Trial Act in the interests of justice and in order to ensure the defendant continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO ORDERED.

Dated:

        SUSAN ILLSTON
        United States District Judge

[GRANTED — signed Susan Illston, Judge, U.S. District Court, Northern District of California]