Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-05-00181 SI |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND APPEARANCE BOND |
| vs. | |
| JAMES FRANCIS DONNELLY, | |
| Defendant. | |

## STIPULATION

James Donnelly is on pretrial release in the above-captioned case. Mr. Donnelly's sister, Ms. Patricia A. McCaffrey, has posted property located at 256 Wildwood Avenue, Piedmont, California ("the property") as partial security for the $250,000 bond. The bond is also secured by property owned by Mr. Donnelly, located at 3256 16th Street, #1, San Francisco, California.

Ms. McCaffrey has requested that her property be removed from the bond to allow the property to be refinanced. Upon order of the Court, the property would be removed from the bond to allow the refinance process to begin, and would be reposted with the Court once the refinance process is completed.

\ \ \

\ \ \

\ \ \

1  Therefore, the parties HEREBY STIPULATE that the property located at 256 Wildwood
2  Avenue, Piedmont, California may be removed as security for Mr. Donnelly's bond for the duration of
3  the refinancing process. All other conditions of Mr. Donnelly's release shall remain unchanged.
4  IT IS SO STIPULATED.

8  IT IS SO STIPULATED.

10 Date: 8/8/06                           /s/
                                          Edward W. Swanson
11                                        Alexis Haller
                                          Swanson, McNamara & Haller LLP
12                                        Attorneys for JAMES FRANCIS DONNELLY

16 Date: 8/7/06                           /s/
                                          KIRSTIN AULT
17                                        Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

                                          The Honorable Joseph C. Spero
                                          United States Magistrate Judge

2

1  Therefore, the parties HEREBY STIPULATE that the property located at 256 Wildwood
2  Avenue, Piedmont, California may be removed as security for Mr. Donnelly's bond for the duration of
3  the refinancing process. All other conditions of Mr. Donnelly's release shall remain unchanged.
4  IT IS SO STIPULATED.

8  IT IS SO STIPULATED.

10 Date: 8/8/06

Edward W. Swanson
Alexis Haller
Swanson, McNamara & Haller LLP
Attorneys for JAMES FRANCIS DONNELLY

15 Date: 8-7-06

KIRSTIN AULT
Assistant United States Attorney

Case 3:05-cr-00181-SI   Document 59   Filed 08/08/2006   Page 3 of 3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 8, 2006



The Hon
United S
Judge Joseph C. Spero

2