Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES FRANCIS DONNELLY,<br><br>　　　　　Defendant. | Case No. CR-05-00181 SI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |

**STIPULATION**

WHEREAS, defendant James Donnelly is scheduled to come before this Court for sentencing on October 20, 2006;

WHEREAS, the parties are agreeable to continuing the matter until October 27, 2006, in order to enable Mr. Donnelly's family to attend the sentencing hearing;

THEREFORE, the parties stipulate and hereby agree that the matter should be continued for sentencing as to Mr. Donnelly until October 27, 2006 at 11:00 a.m.

\ \ \

\ \ \

\ \ \

\ \ \

1  IT IS SO STIPULATED.

3  Date: October 12, 2006

/s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for JAMES FRANCIS DONNELLY

8  Date: October 12, 2006

/s/
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

HON. SUSAN ILLSTON
United States District Court Judge

2