1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-05-00181 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SENTENCING** |
| vs. | |
| JAMES FRANCIS DONNELLY, | |
| Defendant. | |

**STIPULATION**

Defendant James Francis Donnelly, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Kirstin Ault, hereby stipulate and agree that Mr. Donnelly's sentencing be scheduled for March 2, 2007, at 11 a.m. before the Honorable Susan Illston. United States Probation Officer Sara Black has no objection to this date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties HEREBY STIPULATE that the defendant's sentencing hearing be scheduled for March 2, 2007.

IT IS SO STIPULATED.

Date: January 29, 2007            /s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for JAMES FRANCIS DONNELLY

Date: January 29, 2007            /s/
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

HON. SUSAN ILLSTON
United States District Court Judge

2