1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JAMES FRANCIS DONNELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-05-00181 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF-SURRENDER DATE** |
| vs. | |
| JAMES FRANCIS DONNELLY, | |
| Defendant. | |

**STIPULATION**

Defendant James Francis Donnelly is currently scheduled to surrender on Friday, May 4, 2007. The defendant is scheduled to undergo gall bladder surgery and will require additional time before surrendering to ensure proper recovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Therefore, the parties agree that Mr. Donnelly's self-surrender should be postponed four weeks to June 1, 2007.

IT IS SO STIPULATED.

Date: April 23, 2007

/s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for JAMES FRANCIS DONNELLY

Date: April 24, 2007

/s/
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

HON. SUSAN ILLSTON
United States District Court Judge

2